IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUNT,

    Plaintiff,                      No. CIV S-09-3525 FCD GGH P

    vs.

D. FIELDS, Correctional Officer,

    Defendants.            FINDINGS & RECOMMENDATIONS

_____/

        Defendant Fields has answered the complaint, but the court ordered plaintiff's claims against defendant Walker dismissed, by order filed June 7, 2010. In that order, the court granted plaintiff twenty-eight days to file an amended complaint against Walker. In the June 7, 2010 order, the court informed plaintiff of the deficiencies in his complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the June 7, 2010 order, IT IS HEREBY RECOMMENDED that defendant Walker be dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

\\\\\

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.

DATED: July 26, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH: AB
hunt3525.fta

2