IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUNT,

        Plaintiff,                    No. CIV S-09-3525 FCD GGH P

   vs.

D. FIELDS, Correctional Officer,

        Defendant.               ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On July 26, 2010, the undersigned issued a discovery and scheduling order in this action providing that the parties may conduct discovery until October 29, 2010. On October 28, 2010, plaintiff filed a motion to modify the scheduling order to extend the discovery deadline by forty-five days. Defendant has not opposed the motion.

       Good cause having been show, it is hereby ORDERED that plaintiff's motion to modify scheduling order (Doc. 21) is GRANTED. The discovery deadline shall be forty-five days from the date this order issues.

DATED: December 1, 2010          /s/ Gregory G. Hollows

                                         UNITED STATES MAGISTRATE JUDGE