IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL HUNT,**<br><br>            Plaintiff,<br><br>    v.<br><br>**D. FIELDS, Correctional Officer,**<br><br>            Defendant. | Case No. 2:09-CV-3525 KJM GGH (PC)<br><br>**ORDER** |

Defendant Field's second request for an extension of time to file a motion for summary judgment was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant is granted two court-days, to and including December 19, 2011, to file a motion for summary judgment.

Dated:  December 15, 2011                    /s/ Gregory G. Hollows

                                                                    _____
                                                                    UNITED STATES MAGISTRATE JUDGE