IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL HUNT,** | Case No. 2:09-CV-3525 KJM GGH (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **D. FIELDS, Correctional Officer,** | |
| Defendant. | |

Defendant Field's second request for an extension of time to file a motion for summary judgment was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant is granted two court-days, to and including December 19, 2011, to file a motion for summary judgment.

Dated:  December 15, 2011                    /s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE