IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. HUNT,

        Plaintiff,                No. 2:09-cv-3525-KJM-AC P

    v.

D. FIELDS,

        Defendant.         <u>APPOINTMENT ORDER</u>

_____/

        Plaintiff Michael Hunt is a California state prisoner proceeding pro se in a civil rights action under 42 U.S.C. § 1983. After careful review of the procedural history and record in this matter, the court finds that appointment of counsel is warranted. David M. Poore has been selected from the court's pro bono attorney panel and he has accepted the appointment.

        Accordingly, IT IS HEREBY ORDERED that:

1.   David M. Poore is appointed as pro bono counsel in this matter.

2.   Counsel shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

////

////

1

3. The Clerk of the Court is directed to serve a copy of this order upon David M. Poore, Brown Poore LLP, 1350 Treat Boulevard, Suite 400, Walnut Creek, California 94597.

DATED: February 7, 2013.

/s/ Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2