UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUNT,<br><br>   Plaintiff,<br><br>   v.<br><br>D. FIELDS, et al.,<br><br>   Defendants. | Civ. No.  S-09-3525 KJM AC<br><br><br>ORDER |

On January 7, 2014, plaintiff filed a motion for additional time to submit an amended pretrial statement and for trial preparation.  The court requests counsel for defendant file any response to this request within five days of the date of this order.

IT IS SO ORDERED.

DATED: January 15, 2014.

_____
UNITED STATES DISTRICT JUDGE

1