UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. HUNT,

        Plaintiff,                No.  2:09-cv-3525 KJM AC P

  vs.

D. FIELDS,

  Defendant.                **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Michael A. Hunt, inmate C-24148, a necessary and material witness in proceedings in this case on January 23, 2014, is confined in California State Prison, Solano, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kimberly J. Mueller, to appear by telephonic-conferencing at California State Prison, Solano, January 23, 2014, at 2:30 p.m.

    ACCORDINGLY, IT IS ORDERED that:

    1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3.  The Clerk of court shall send a courtesy copy by fax to the Litigation Coordinator at California State Prison, Solano (707) 454-3429.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden of California State Prison, Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, California 95696-4000:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

January 15, 2014

                                                        UNITED STATES DISTRICT JUDGE