1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL A. HUNT,                          No.  2:09-CV-3525 KJM AC

12               Plaintiff,

13        v.                                    ORDER

14   D. FIELDS,

15               Defendant.

16

17        TO THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND

18   REHABILITATION, CUSTODIANS OF MICHAEL A. HUNT, PLAINTIFF IN THE ABOVE

19   MATTER:

20        You are hereby ORDERED to allow Mr. Hunt to make up to two (2) telephone calls on

21   the evening of Monday, January 27, 2014, for the purpose of facilitating his preparation for trial,

22   scheduled now to begin on Tuesday, January 28, 2014.

23   DATED:  January 27, 2014.

24

25                                    _____

26                                    UNITED STATES DISTRICT JUDGE

27

28

                                             1